# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Bank of Hope,

Plaintiff(s),

v.

Kyung Eun Hwang a/k/a Kyung E. Hwang, James Hwang Jr. a/k/a/ Jim Hwang, James R. Hwang a/k/a James Hwang, Chicago Car Collection, Inc. f/k/a Luxury Automotive Wholesalers, Inc.,

Defendant(s).

Case No. 18 cv 5058
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of Plaintiff Bank of Hope and against Defendants Kyung Eun Hwang a/k/a Kyung E. Hwang, James Hwang Jr. a/k/a/ Jim Hwang, James R. Hwang a/k/a James Hwang, Chicago Car Collection, Inc. f/k/a Luxury Automotive Wholesalers, Inc.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion for summary judgment.

Date: 5/16/2019                      Thomas G. Bruton, Clerk of Court

                                                           Vettina Franklin, Deputy Clerk