IN THE UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

BANK OF HOPE

    v.

KYUNG EUN HWANG A/K/A
KYUNG E. HWANG, *ET AL.*

No. 2018-CV-5058

**Memorandum of Judgment**

On August 29, 2019, judgment was entered in this Court in favor of Plaintiff, Bank of Hope, and against Kyung Eun Hwang a/k/a Kyung E. Hwang, James Hwang Jr. a/k/a Jim Hwang, and James R. Hwang a/k/a James Hwang in the sum of **$153,910.28 plus interest per statute**. Kyung Eun Hwang a/k/a Kyung E. Hwang, James Hwang Jr. a/k/a Jim Hwang, and James R. Hwang a/k/a James Hwang address is: 5455 North Sheridan, Unit 2605, Chicago, IL 60640.

_____
Judge

Dated: 10/2/2019